U.S. District Court
for the District of Delaware

1.- Plaintiff # Ivan Mendez
2.- Case Number # 318-2001
3.- Defendants # This Criminal Organization
- 07-340
4.- Motion to Proceed in Forma Pauperis
5.- Comes now the Plaintiff and respectfully requests this honorable court to allow them to proceed w/ut prepayments of costs for the following reasons # For another civil rights complaint.
6.- Signature # Ivan Mendez
7.- Printed Name # Ivan Mendez
8.- Address # D.C.C, 1181 Paddock Rd, Smyrna DE, 19977.
9.- Home Phone Number # N/a
10.- Business Phone Number # N/a
11.- Certificate of Service
12.- I certify that a copy of the above was mailed postage prepaid on # 05/21/07
13.- To # U.S. District Court
14.- Name # U.S. District Court
15.- Address # ~~[redacted]~~, 350 S. Main St., Suite # 120, Salt Lake City, Utah, 84101
16.- Name # U.S. Court of Appeals
17.- Address # 717 Madison Place, N.W., Washington D.C, 20439
18.- Signature # Ivan Mendez
19.- Points and Authorities
20.- Write the reasons why the court should grant your motion and include court rules, laws and cases (if) that support your reasons # Because as you know it too, that it has been years waiting for the answer of all of my legal forms and letters from you, Washington D.C, Delaware, and Pensylvania.
21.- Signature # Ivan Mendez

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # THIS CRIMINAL ORGANIZATION
4.- I AM THE PLAINTIFF UNDER 28 USC 1915 I'M UNABLE TO PAY THE COSTS OR THIS COMPLAINT.
5- ARE YOU CURRENTLY INCARCERATED # YES   NO
6.- IF YES GIVE THE PLACE OF YOU INCARCERATION # S.C.I. IN GEORGETOWN DE.
7.- ARE YOU EMPLOYED AT THE INSTITUTION # YES   NO
8.- DO YOU RECEIVE ANY PAYMENT FROM THE INSTITUTION # YES   NO
9.- ARE YOU CURRENTLY EMPLOYED # YES   NO
10.- NAME AND ADDRESS OF EMPLOYER # MR. SAMMY CORFO, AT CORFO FUNERAL HOME, 2901 W. 2ND ST. WILMINGTON DE. 19805
11.- TOTAL MONTHLY AMOUNT OF SALARY # $1,600 OR 2000
12.- DATE LAST EMPLOYED # OCT. OR NOV. OF 2000
13.- TOTAL AMOUNT OF SALARY LAST RECEIVED $1,600 OR 2000
14.- HAVE YOU RECEIVED ANY MONEY WITHIN THE LAST 12 MONTHS # YES   NO
15- IF YES DESCRIBE EACH SOURCE OF MONEY #
16.- DO YOU HAVE CASH CHECKINGS OR SAVINGS ACCOUNT # YES   NO
17- IF YES STATE THE TOTAL AMOUNT # $1,600 OR 2000
18.- DO YOU OWN ANY VALUABLE PROPERTY # YES   NO
19.- IF YES DESCRIBE THE PROPERTY AND HIS VALUE #
20.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # MY LOVELY FAMILY AND SOME RELATIVES
21.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
22.- DATE # 05/21/07
23.- SIGNATURE # IVAN MENDEZ



FILED
MAY 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP scanned

(COMMON CASE NUMBER TWO OF SECOND PAGE)

318-2001

General Request Form

Blog # S.H.U # 18
Cell # BL-3

This are the forms that I need #
(42 USC 1983) Twenty Civil Rights Complaints Forms
(28 USC 2254) Twenty Habeas Corpus Petitions Forms
(28 USC 2255) Twenty Motions to Vacate, Set Aside or Correct Sentences Forms.
(148 200) Twenty Requests for Medical Records Forms
(Twenty Applications in Forma Pauperis Forms)
(Twenty Applications without Prepayments of Fees)
(All the paper, ink pens and envelopes that you may want to donate to me)

"Thank's and God Bless You"

NAME # Ivan Mendez        S.B.I # 453351        DATE # 05/21/07
DATE RECEIVED #              Day to Log #
DATE SENT #                  Staff Initials #

STAFF NOTES #

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD

(PAGES PAGE NUMBER THREE OF 0340 PAPER)

TO # MRS. TONYA SMITH
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE. 19977

DATE # 05/21/07

FROM # IVAN MENDEZ
        INMATES NAME

453351
S.B.I #

— I HEREBY CERTIFY —

PURSUANT TO PRISON LITIGATION REFORM ACT 28 USC. 1915 (a)(2)
EFFECTIVE APRIL 26 1996 I'M REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST.
(FUND) ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

318-2001

IVAN MENDEZ
SIGNATURE

28 USC 1746   AND   18 USC 1621

05/21/07

(3)