U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

05/21/07

(1)

318-2001

- 07 - 340 -

1.. PLAINTIFF # IVAN MENDEZ

2.- S.B.I NUMBER # 453351

3. ADDRESS # D.C.C, 1181 PADDOCK RD. SMYRNA DE. 19977

4.. CASE NUMBER # 318-2001 (PAGE NUMBER ONE OF OCHO PAGES) EUROPE

5.- DEFENDANTS # THIS CRIMINAL ORGANIZATION

6. LIST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS # HONORABLE [redacted] US. DISTRICT COURT, AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE, AND WASHINGTON D.C, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.

7.. IS THERE A PRISONER GRIEVANCE # [YES] NO

8.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # [YES] NO

9.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO

10.- WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS TOO.

11.- NAME OF DEFENDANTS # THIS CRIMINAL ORGANIZATION

12.. EMPLOYED AS A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS.

13. ADDRESS # AS YOU KNOW IT TOO THE ADDRESSES

14.. STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE US. DISTRICT COURT, AS YOU KNOW IT TOO ALL THE GROUNDS AND FACTS, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE AND WASHINGTON D.C AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, AND ONCE AGAIN I SEND YOU SOME COPIES OF SOME OF MY LEGAL PAPERWORK AND SOME MEDICAL REPORTS THAT I'M STILL HAVING LEFT ON MY POSSESSION, AS YOU KNOW IT TOO ALL ABOUT IT, AND I'M SENDING YOU THE NUMBERS OF MY LATEST TRANSACTIONS AND THE RESULTS WHICH IN MATTER OF FACT IT HAPPENED AS I HAVE TOLD YOU TO YOU TOO IS GOING TO HAPPENED JUST AS ALWAYS AS YOU KNOW IT TOO, SO HERE THEY ARE # MENDEZ VS THE CRIMINAL ORGANIZATION 2:07-CV-1028, WHICH ANOTHER MEMBER OF THIS CRIMINAL ORGANIZATION, THE US. DISTRICT COURT OF PENSYLVANIA, SHUT DOWN SAYING IN A COLD BLOOD THAT I HAVE FAILED TO COMPLY WITH THE FILLING REQUIREMENTS OF THE 28 USC 1915, REALLY COLD BLOODED AND ALSO OUR HONORABLE MASTER, MR. RICHARD F. STOKES, IS DENYING THE BIBLE STUDIES CERTIFICATES SEND IT TO HIM AND OUR LADY MS. RUTH M. SMYTHES HAS ANSWERED ME AFTER YEARS WAITING FOR HER RESPONSE AS YOU KNOW IT TOO, AND IS DENYING TO ME THE INFORMATION REQUIRED FROM HER AS YOU KNOW IT TOO SUCH INFORMATION, THEY SAYS IN A REALLY COLD BLOOD THAT THEIR POLICY IS TO RETAIN A FILE FOR ONLY THREE YEARS I WONDER IS THEY REFERED THEMSELVES TO THE VIDEO TAPES AND BIBLE STUDIES CERTIFICATES ALSO, AS YOU KNOW IT TOO, AND THIS ARE THE TRANSACTIONS ON UTAH FOR ALL OF MY DISABILITIES AS YOU KNOW IT TOO # MENDEZ VS. DOE, 1:07-CV-20, MENDEZ VS. DOE, 2:07-CV-200, MENDEZ VS. DOE, 2:07-CV-201, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE.

15.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE US. DISTRICT COURT, AS YOU KNOW IT TOO THIS INFORMATION...

16. I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

17.- DATE # 05/21/07

18.- SIGNATURE # IVAN MENDEZ

CORRECTIONS
(DATA NUMBER FIVE OF (OCHO PAGES)

SUPPLEMENTAL REPORT #2 318-2001 (S) 05/21/07

ORIGINAL VICTIM INFORMATION# (NAME # REED LATISHA M).

ORIGINAL SUSPECT DEFENDANT INFORMATION# (SEX # MALE), (RACE # WHITE) (ETHNIC ORIGIN # NON-HISPANIC) (FACIAL HAIR # THICK MUSTACHE).

ORIGINAL SUSPECT DEFENDANT INFORMATION # (SEX # MALE) (RACE # WHITE) (ETHNIC ORIGIN # HISPANIC) (SKIN TONE # LIGHT) (BUILD # LARGE), (WEIGHT # 180), (FACIAL HAIR # THICK MUSTACHE) (HAIR COLOR # BLACK), (HAIR LENGTH # COLLAR); (SUSPECT CLOTHING DESCRIPTION # BLUE JEANS, DARK BLUE JACKET, GREEN HOODED SWEATSHIRT, BLACK MULTI STRIPED SHIRT, BLACK SNEAKERS).

UPDATED SUSPECT DEFENDANT INFORMATION # (SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC), (RESIDENT STATUS # NON-RESIDENT), (SKIN TONE # LIGHT), (BUILD # LARGE), (WEIGHT # 180), (FACIAL HAIR # THICK MUSTACHE), (HAIR COLOR # BLACK), (HAIR LENGTH # COLLAR), (ARMED WITH # ILLEGAL CUTTING INSTRUMENT), (ARREST NUMBER # SI414), (ARREST TYPE # WARRANT).

---

SUPPLEMENTAL REPORT #3

ORIGINAL VICTIM INFORMATION # (NAME # REED LATISHA M), (SEX # FEMALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC).

ORIGINAL SUSPECT DEFENDANT INFORMATION # (SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC), (FACIAL HAIR # THICK MUSTACHE).

INVESTIGATIVE NARRATIVE # (I CONTACTED THE VICTIM ON THE SCENE WHILE SHE WAS LYING ON THE SIDEWALK OF THE EXXON. I ASKED THE VICTIM IF SHE HAD SEEN THE SUSPECT, AND THE VICTIM STATED THAT SHE DID NOT GET A VERY GOOD LOOK AT HIM, THE VICTIM STATED THAT SHE DID KNOW THAT THE SUSPECT WAS A WHITE MALE, UPON EXITING HER CAR THE VICTIM WAS MET BY THE SUSPECT WHO STRUCK HER SEVERAL TIMES IN THE FACE AND LOWER BACK. THE VICTIM SAID THAT SHE WAS CAUGHT BY SURPRISE AND COULD NOT FIGHT BACK BECAUSE IT ALL HAPPENED SO QUICKLY, THE VICTIM STATED THAT SHE TRIED TO WALK TOWARD THE ENTRANCE TO THE BUILDING BUT DID NOT MAKE IT THAT FAR AND KNEW SHE WAS HURT. THE VICTIM SAT DOWN ON THE S.E. CORNER OF THE EXXON.

---

INITIAL CRIME REPORT

REPORT DATE AND TIME # (12/25/00, 17:35), INCIDENT OVERVIEW # (DEFENDANT GAVE A FALSE NAME DURING A CRIME PREVENTION CHECK).

SUSPECT DEFENDANT INFORMATION # (SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC), (RESIDENT STATUS # NON-RESIDENT), (SKIN TONE # OLIVE), (BUILD # AVERAGE) (WEIGHT # 180), (FACIAL HAIR # THICK MUSTACHE), (HAIR COLOR # BLACK), (HAIR LENGTH # EAR TOP), (VOICE SPEECH # ACCENT), (ARMED WITH # UNARMED), (ARREST NUMBER # SI413), (ARREST TYPE # WARRANT), (SUSPECT'S CLOTHING DESCRIPTION # DARK BLUE JACKET AND BLUE JEANS).

CRIMES AND ASSOCIATED INFORMATION # (CRIME DESCRIPTION # CRIMINAL IMPERSONATION), (STATUS # ADULT ARREST # 12/25/00).

INVESTIGATIVE NARRATIVE # ON 12/25/00, AT 17:35 HRS, ON US 113 I OBSERVED A PEDESTRIAN WALK NORTH ALONG THE MEDIAN STRIP AND LEFT LANE. THE PEDESTRIAN WAS WEARING A DARK JACKET AND BLUE JEANS, AND HAD A DARK BUSHY MUSTACHE, WHICH FIT THE DESCRIPTION OF THE SUSPECT IN A ROBBERY (STABBING) WHICH OCCURRED ON 12/21/00, DURING A CRIME PREVENTION CHECK THE PEDESTRIAN IDENTIFIED HIMSELF AS TONY ENRIQUEZ DIAZ, WHEN ASKED IF HE HAD BEEN DRINKING HE REPLIED YES, DIAZ WAS TRANSPORTED BACK TO GEORGETOWN P.D. WHERE HE WAS QUESTIONED BY DET. FROST, DURING THE QUESTIONING DIAZ ADMITTED TO GIVING A FALSE NAME, HE THEN IDENTIFIED HIMSELF AS IVAN L. MENDEZ.

---

AEGIS INCIDENT REPORT

DOCUMENTS # (UNKNOWN WHERE KNIFE IS LARGE BLADE).

CLIENT STATUS SHEET

(DATE # 12/26/00), (SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 180), (SMT # SCAR RIGHT LEG, SCAR LEFT LEG), (SKIN # UNKNOWN).

CLIENT STATUS SHEET

(DATE # 06/18/01), (SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 180), (SMT # SCAR RIGHT LEG, SCAR LEFT LEG), (SKIN # UNKNOWN).

CLIENT STATUS SHEET

(DATE # 06/20/01), (SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 180), (SMT # SCAR RIGHT LEG, SCAR LEFT LEG), (SKIN # UNKNOWN).

STATEMENTS OF WITNESSES

STATEMENT OF VICTIM 001 - LATISHA M. REED - (CONTINUED) # (I TRIED TO OBTAIN MORE INFORMATION FROM THE VICTIM AT THE HOSPITAL BUT SHE WAS MEDICATED DUE TO HER INJURIES, THE VICTIM WAS FIRST QUESTIONED BY PTLM BUCCI ON THE SCENE).

STATEMENT OF WITNESS 001 - JOHN S. RODENBOUGH # (JOHN RODENBOUGH, SAW THE VICTIM PULL INTO THE EXXON PARKING LOT AT 18:30 HOURS, HE COULD NOT OFFER ANY OTHER DETAIL ABOUT THIS COMPLAINT).

STATEMENT OF WITNESS 002 - PAT BROCKWAY # (PAT BROCKWAY, OBSERVED A WHITE MALE WALK OUT FROM THE REAR CORNER OF THE EXXON AND APPROACH THE VICTIM, THE VICTIM AND THE SUSPECT STARTED TALKING, MR. BROCKWAY ADVISED HE DID NOT SEE THE SUSPECT ASSAULT OR ROB THE VICTIM. MR. BROCKWAY DESCRIBED THE SUSPECT AS A WHITE MALE, THIN, BLUE JEANS AND BLACK JACKET, HE DID NOT RECALL SEEING A HAT ON THE SUSPECT OR A MUSTACHE).

STATEMENT OF WITNESS 003 - EDWARD F. WILSON # (EDWARD WILSON, OBSERVED THE VICTIM'S WHITE CAR PULL INTO THE SOUTH PARKING LOT OF THE EXXON, HE DID NOT OBSERVE AN ASSAULT OR ROBBERY OF THE VICTIM).

STATEMENT OF WITNESS 004 - LONNIE FEASTER # (DET. FEASTER, PROCESSED THE VICTIM'S CAR).

STATEMENT OF WITNESS 005 - MICHAEL BARLOW # (SGT. BARLOW, WAS THE SUPERVISOR ON THE SCENE).

STATEMENT OF WITNESS 006 - JEFFREY BUCCI # (PTLM. BUCCI, INTERVIEWED THE VICTIM ON THE CRIME SCENE).

INVESTIGATIVE NARRATIVE - CONTINUED

THE FOLLOWING IS A CONDENSED VERSION OF THE INTERVIEW, THE SUSPECT WAS ASKED TO IDENTIFY HIMSELF HE GAVE ME THE NAME IVAN L. MENDEZ, HE ADVISED THE SALVATION ARMY FROM WILMINGTON BROUGHT HIM TO GEORGETOWN, HE STATED HE HAD NOT WORKED IN OVER A MONTH. I DETECTED A SMELL OF ALCOHOLIC BEVERAGES EMITTING FROM HIS BREATH AND QUESTIONED HIM ABOUT HOW HE COULD BUY ALCOHOL IF HE HAD NOT MONEY, HE STATED HE HAD FRIENDS THAT WOULD HELP HIM OUT. HE WAS QUESTIONED ABOUT THE WHEREABOUTS ON 12/21/00, HE STATED I DON'T REMEMBER I WAS DRUNK. I ADVISED HIM A YOUNG FEMALE HAD BEEN INJURED AT THE EXXON, HE STATED HE WAS DRUNK AND DOESN'T REMEMBER BEING THERE, DURING THE INTERVIEW HE KEPT STATING I DO WHAT I HAVE TO DO TO SURVIVE. THE SUSPECT WAS WEARING BLUE JEANS, A DARK BLUE JACKET, A GREEN HOODED SWEATSHIRT, A BLACK MULTI STRIPED SHIRT. THE SUSPECT HAD A THICK BUSHY MUSTACHE AND A BUSHY GOATEE, THIS DESCRIPTION MATCHES THE ONE GIVEN BY THE VICTIM AND ALSO W12 PAT BROCKWAY. THE SUSPECT WAS ARRESTED BY PFC. WARD FOR TRAFFIC CHARGES (PEDESTRIAN) AND CRIMINAL IMPERSONATION.

STATEMENT OF SUSPECT 002 - IVAN L. MENDEZ (THE SUSPECT WAS INTERVIEWED AT GEORGETOWN P.D. IN REFERENCE TO THE INCIDENT ON 12/21/00, THE SUSPECT WAS READ HIS MIRANDA WARNING AT 16:26 HOURS).

(PLEASE TURN PAGE TO PAGE NUMBER

(PAGE NUMBER SIX OF [illegible] PAGES)  311-2001 (6) 05/21/07

STATEMENT OF WITNESS 007- DAVID NAAR # (PFC-NAAR STOPPED THE SUSPECT DUE TO HIS MATCHING DESCRIPTION FROM THE ORIGINAL INCIDENT ON 12/21/00, THE SUSPECT ADVISED HE LOST HIS I.D WHEN HE LOST HIS HAT, PFC- NAAR, ASKED HIM WHAT TYPE OF HAT HE LOST AND THE SUSPECT STATED A BLACK KNIT HAT THIS TYPE OF HAT WAS ALSO DESCRIBED BY THE VICTIM IN REFERENCE TO THE SUSPECT HAVING ONE ON THE EVENING THE INCIDENT OCCURRED).

CRIMES AND ASSOCIATED INFORMATION

WITNESS INFORMATION # (SEQUENCE # 01), (TYPE # WITNESS), (NAME # ROHRBOUGH JOAN S.), (SEQUENCE # 02), (TYPE # WITNESS), (NAME # BROCKWAY PAT), (SEQUENCE # 03) (TYPE # PERSON CONTACTED), (NAME # WILSON EDWARD F.), (SEQUENCE # 04) (TYPE # WITNESS), (NAME # FOSTER LONNIE), (SEQUENCE # 05), (TYPE # WITNESS), (NAME # BARLOW MICHAEL) (SEQUENCE # 06) (TYPE # WITNESS), (NAME # BUCCI/SEFFERS).

INVESTIGATIVE NARRATIVE # (THE VICTIM WAS BEING QUESTIONED BY PTLM BUCCI, UPON MY ARRIVAL I WAS ADVISED THE ONLY DESCRIPTION OF THE SUSPECT WAS A WHITE MALE WITH A BLACK HAT.

INVESTIGATIVE NARRATIVE - CONTINUED

NO BLOOD ON THE SIDEWALK THE VICTIM HAD WALKED DOWN TO GET HELP I THEN RESPONDED TO THE HOSPITAL AND MET WITH THE VICTIM AND OBTAINED A STATEMENT DUE TO THE VICTIM BEING UNDER PAIN MEDICATION FOR HER INJURY I WILL FOLLOW UP WITH HER ON A LATER DATE TO CONFIRM THE FACTS IN HER STATEMENT, THE LACERATION WAS 2 1/2 INCHES DEEP BY 2 INCH 2S WIDE, THE LACERATION DID NOT HIT ANY VITAL ORGANS.

STATEMENT OF THE VICTIM 001- LATISHA M. REED # (THE VICTIM STEPPED OUT OF HER VEHICLE THE SUSPECT APPROACHED FROM THE REAR OF THE STORE AND ADVISE HER TO GIVE ME ALL YOUR MONEY, THE SUSPECT THEN HIT HER IN THE LOWER BACK AND PUNCHED IN THE FACE, AND TOOK HER MONEY, THE VICTIM STATED I GUESS WHEN HE HIT ME IN THE BACK IS WHEN HE STABBED ME I DIDN'T EVEN KNOW AT FIRST I HAD BEEN STABBED THE VICTIM DESCRIBED THE SUSPECT AS A WHITE MALE APPROXIMATELY 6 FEET TALL WITH A THICK BLACK MUSTACHE THE ONLY CLOTHING DESCRIPTION THE VICTIM COULD OFFER WAS A BLACK KNIT HAT ON HIS HEAD, AFTER THE SUSPECT TOOK THE VICTIMS PROPERTY HE FLED BEHIND THE EXXON.

CRIMES AND ASSOCIATED INFORMATION

STATUS # (ADULT ARREST # 12/26/00).

INVESTIGATIVE NARRATIVE # ON 12/26/00 THE VICTIM LOOKED AT THE PHOTO LINE UP AND POINTED TO THE SUSPECT TO THE SUSPECT THAT'S HIM I THEN SHOWED HER A FULL LENGTH PHOTOGRAPH OF THE SUSPECT AND SHE STATED THE ONLY THING MISSING IS THE BLACK KNIT HAT I ASKED THE VICTIM IF SHE WAS SURE THIS WAS THE SUSPECT THAT HAD ATTACKED HER AND TAKEN HER MONEY AND SHE STATED I'M POSITIVE W/Z PAT BROCKWAY STATED THAT HE DID NOT RECOGNIZE ANY OF THE FACES I THEN HELD THE FULL LENGTH PHOTOGRAPH UP WITH MY THUMB OVER THE SUSPECT'S FACE AND W/Z BROCKWAY STATED THAT THE CLOTHING THE SUSPECT HAD ON WAS THE EXACT SAME CLOTHES HE HAD ON 12/21/00, PFC- CONSUEGRA AND MYSELF LOCATED ON THE SUSPECT'S LIVING AREA A PAIR OF [illegible] WITH A 2 INCH KNIFE BLADE, WITH THE POSITIVE IDENTIFICATION OF THE SUSPECT FROM THE VICTIM AND THE POSITIVE IDENTIFICATION OF THE SUSPECT'S CLOTHING I PREPARED AND SIGNED A WARRANT FOR THE CHARGES CONTAINED ON THIS REPORT I SERVED THE WARRANT ON THE DEFENDANT AND READ THE DEFENDANT HIS MIRANDA RIGHTS.

# MEDICAL REPORTS

PROGRESS NOTES

DATE # (12/22/00), IN PLACE # (PATIENT STATES TO HAVE PROBLEMS WITH MOTHER'S BOYFRIEND).

HISTORY AND PHYSICAL ORIGINAL

CHIEF COMPLAINT # (18 YEARS OLD WHO IS ADMITTED NOW FOR OBSERVATION FOLLOWING AN ASSAULT AND STABBING, PARAMEDICS REPORT THAT WHILE GETTING HER OUT OF HER CAR SHE WAS ASSAULTED, THE PATIENT WAS REPORTEDLY BEAT ABOUT THE HEAD AND NECK, DURING EVALUATION IN THE FIELD SHE WAS NOTED TO HAVE A STABWOUND OVER THE LEFT BACK, SECONDARY SURVEY DEMONSTRATES EVIDENCE OF A STABWOUND OVER THE LEFT BACK, HEAD # WITH NO EVIDENCE OF SCALP LACERATION, EXAMINATION OF THE FACE DEMONSTRATES NO EVIDENCE OF FRACTURE).

CONSULTATION

REQUESTED BY # (DR. DONLEY), REASON # (PATIENT STATES PHYSICAL ABUSE BY MOTHER'S BOYFRIEND), DATE OF CONSULTATION # (12/22/00), ASSESSMENT # (PATIENT STATES TO HAVE OTHER PROBLEMS AND DOES NOT REALLY WANT TO TALK TO ME, PATIENT STATES PHYSICAL ABUSE MOTHER RELATIVE).

HISTORY AND PHYSICAL ORIGINAL

BACK # (DEMONSTRATES 2 CMS. STABWOUND OVER THE POSTERIOR BACK).

TRIAGE NURSING ADMISSION DATA BASE

CMP # (12/19/00), ASSESSMENT OF CHIEF COMPLAINT # (STABWOUND (P.L CHEST).

SKIN RISK ASSESSMENT

WOUND RECORD # (2-2 1/2 CMS. STABWOUND TO L.L CHEST (LEFT [illegible] S/O STITCH WOUND) SCABBED, RIGHT WRIST SCRATCH, RIGHT [illegible] SCRATCH (ATTEND)).

DISCHARGE PLANNING REFERRAL CRITERIA

DATE AND TIME # (12/21/00, 22:55) HAS PATIENT BEEN SEEN IN THE EMERGENCY DEPARTMENT WITHIN THE LAST 15 DAYS # (YES TEN DAYS AGO FOR STITCHES).

PRIMARY AND SECONDARY SURVEY

INSPECTION, PALPATION, AUSCULTATION # (PLANES # LACERATION IS FLANK 2 CMS. LONG, BY 2 1/2 CMS. DEEP).

(PLEASE TURN PAGE TO PAGE NUMBER

THE VERBE

(PAGE NUMBER SEVEN OF OCHO PAGES)

3 18-2001

08/21/07

(7)

EMERGENCY ROOM SUMMARY ORIGINAL

...IEF COMPLAINT # (THE PATIENT IS AN 18 YEARS OLD WHITE FEMALE), HISTORY OF PRESENT ILLNESS # (THE PATIENT WAS AT A STORE AND SOME PEOPLE ASSAULTED HER FOR NO APPARENT REASON, SHE SAID SHE WAS HIT ABOUT THE HEAD AND NECK WITH SOME OBJECTS, SHE IS NOT SURE WHICH, NO GROSS SIGN OF HEAD OR FACE TRAUMA, FAMILY HISTORY # REVIEWED BUT OTHERWISE NOT CONTRIBUTORY, HEENT # NO APPARENT GROSS HEAD OR FACE TRAUMA, NO APPARENT SIGN OF TRAUMA ABOUT THE MOUTH, NOSE OR EARS).

PATIENT CARE REPORT - PRIORITY - 2ALS - TRANSPORT

...IEF COMPLAINT # (MY BACK AND FACE HURT), HISTORY OF CONDITION # (THE PATIENT WAS ASSAULTED IN PARKING LOT BY UNKNOWN ASSAILANT AND STRUCK IN FACE SEVERAL TIMES WALKED INTO STORE AND FOUND SHE HAD BEEN STABBED IN THE BACK), GENERAL IMPRESSION # (18 YEARS OLD FEMALE SEATED AGAINST OUTSIDE WALL AT A STORE WITH POLICE IN ATTENDANCE), POSTERIOR THORAX # (2-3 CMS. LACERATION TO LOWER LEFT FLANK WITH NOTICEABLE ABRASIONS AND SCRATCHES), EXTREMITIES # (LEFT ARM UNREMARKABLE WITH BRUISING TO A/C AREA), DIFFERENTIAL DIAGNOSIS # (R/O CLOSED HEAD INJURY, R/O INTERNAL TRAUMAS ...CON) TO KNIFE WOUND).

TRAUMA RECORD

...ODE OF ARRIVAL # (ASSAULT # YES), (STAB WOUND # YES), (OTHER # THEN BEAT ME UP), (CMR # 12/15/00).

TRIAGE NURSING ADMISSION DATA BASE

...MR # (12/15/00), CHIEF COMPLAINT # (STAB WOUND (W.D), ASSESSMENT OF CHIEF COMPLAINT # (VERBAL) I STOOD I GOT OUT OF MY CAR AND THEN BEAT ME UP), (2-2½ CMS. DEEP LAC. X 2 CMS. LONG).

PATIENT CARE REPORT - PRIORITY - 2ALS - TRANSPORT

...RRATIVE # (ARRIVED TO FIND PATIENT IN CARE OF GEORGETOWN P.D. WHO RELATED CIRCUMSTANCES).

## TRANSCRIPTS OF PROCEEDINGS

TRANSCRIPTS OF PROCEEDINGS FOR GUILTY PLEA

THE COURT # DO YOU HAVE YOUR WITNESSES IN THE COURTROOM, MS. TSANTES # YES YOUR HONOR I SHOULD SAY MY VICTIM WAS SEATED IN THE COURTROOM WHEN MR. MENDEZ WALKED INTO THE COURTROOM AND WI... ...TNESS IMMEDIATELY HAD A REACTION AND INDICATED THAT SHE RECOGNIZED THE PERSON IN THE COURTROOM, MR. SMYTHE # MR. MENDEZ IS STILL BAFFLED THAT HE COULD DO EVER SUCH A VILLAGE, THEREFORE HE AGREE... ...S THAT HE WOULD LIKE TO ENTER A ROBINSON PLEA THAT ON THE BASIS ON WHETHER OR NOT THE VICTIM WOULD IDENTIFY HIM AND THEY WOULD TAKE HER WORD FOR IT IF SHE IDENTIFIED HIM, MS. TSANTE... ...ON 12/21/00, AT 6:25 PM, LATISHA REED WAS GETTING OUT OF HER CAR AND AS SHE WAS ABOUT TO PROCEED TO WALK AROUND IN THE FRONT OF THE STORE SOMEBODY APPROACHED HER FROM BEHIND, SHE FELT WHAT SHE THOUG... ...T WAS A HARD PUNCH IN THE BACK, THE PERSON THEN CAME AROUND TO HER FRONT AND WAS BRANDISHING A KNIFE COVERED WITH BLOOD AND DEMANDED THAT SHE GIVE ALL OF HER MONEY TO HIM, THE SUBJECT PROCEEDED TO PUNCH HER IN THE FACE TOOK HER MONEY AND FLED BEHIND THE EXXON, SHE DESCRIBED THAT THE SUBJECT WAS WEARING A BLACK KNIT CAP, HAD BUSHY CURLY HAIR STICKING OUT FROM UNDERNEATH, WAS UNKEMPT, WAS SMELL... ...D HAD FACIAL HAIR AND DESCRIBED HIM AS A WHITE MALE WEARING DARK CLOTHES THE PANTS AND DARK COLORED JACKET, THERE WAS ANOTHER CIVILIAN WITNESS THAT WOULD TESTIFY PAT BROCKWAY THAT HE WITNESSED THE ATTACK ON LATISHA REED, HE HAS IDENTIFIED THE CLOTHING AND GAVE A PHYSICAL DESCRIPTION OF HIS APPEARANCE AS LATISHA REED HAS ARTICULATED AND ON 12/19/00, TROOPER MARTINEZ CAME IN CON... ...TACT WITH A SUBJECT WEARING A DARK KNIT CAP, DARK PANTS AND JACKET AND FACIAL HAIR, THAT WAS TWO DAYS BEFORE THIS INCIDENT HAPPENED ON 12/21/00, AND ON 12/25/00, OFFICER NANN, WHO WAS FAMILIAR WITH THE PHYSICAL DESCRIPTION THAT WAS GIVEN BY LATISHA REED, OF THE PERPETRATOR A MAN WEARING DARK CLOTHING, WITH THE SAME TYPE OF HAIR, THE SAME PHYSICAL DESCRIPTION ...S THE DEFENDANT WAS SEEN WALKING THE WRONG WAY AT NIGHT ON US. 113, HE MADE CONTACT WITH THE SUBJECT, DURING THAT ENCOUNTER HE REALIZED MR. MENDEZ WAS INTOXICATED, MR. MENDEZ GA... ...E A FALSE NAME OF TONY RENE DIAZ, THE CLOTHING HE WAS WEARING WAS VERY SIMILAR TO THE CLOTHING WORN AT THE TIME OF THE ATTACK, THE POLICE PRESENTED THE PHOTOLINEUP TO LATISHA REED, IN ...ESS THAN A MINUTE SHE PICKED OUT THE DEFENDANT AS THE PERSON THAT STABBED AND ROBBED HER, MR. BROCKWAY WAS UNABLE TO PICK MR. MENDEZ OUT OF THE LINEUP BUT HE WAS SHOWN A PHOTOGR... ...M OF A PERSON WEARING CLOTHES THAT MR. MENDEZ WAS [redacted] TAKEN INTO CUSTODY IN WITH THE FACE COVERED UP AND POSITIVELY IDENTIFIED THOSE CLOTHES, THE STATE BELIEVE THAT IN TRIAL MR. BROCKWA... ...Y, MAY HAVE BEEN ALSO ABLE TO PICK HIM OUT AS THE PERSON THAT DID THAT AND THE OTHER THING IS THAT ON 12/19/00, DURING THAT CRIMINAL PREVENTION CHECK WITH TROOPER MARTINEZ MR. MENDEZ ALSO ...AVE A FALSE NAME IN THAT ENCOUNTER, ON MR. MENDEZ, LIVING PLACE AMONG THE ITEMS HE HAD WAS A KNIFE THE STATE WOULD HAVE PRESENTED IT IN EVIDENCE AND IT IS ATTACHED TO [illegible] ...IS WAS THE KNIFE, THAT MS. LATISHA REED WOULD HAVE IDENTIFIED AS THE KNIFE THAT STABBED HER THAT DAY, THE COURT # VERY WELL I HAVE HAD THE OPPORTUNITY TO OBSERVE MR. MENDEZ.

TRANSCRIPTS OF PROCEEDINGS FOR NATURE OF DEFENSE AT TRIAL

...HEN MR. MENDEZ, ENTERED INTO THE COURTROOM, THE WITNESS IMMEDIATELY HAD A REACTION AND INDICATED THAT SHE RECOGNIZED THE PERSON IN THE COURTROOM, MR. MENDEZ INDICATED THAT HE WOULD ENTER A ROBIN... ...ON PLEA IF THE VICTIM WOULD IDENTIFY HIM, MS. TSANTES STATED THAT ON 12/21/00 AT 6:25 PM, LATISHA REED, EXITED HER CAR AND AS SHE PROCEEDED TO WALK AROUND, TO THE FRONT OF THE STORE SOMEBODY APPROACHED ...ER FROM BEHIND SHE FELT WHAT SHE THOUGHT WAS A HARD PUNCH ON THE BACK, THE PERSON THE CAME AROUND TO HER FRONT AND WAS BRANDISHING A KNIFE COVERED WITH BLOOD AND DEMANDED THAT SHE GIVE ...ALL OF HER MONEY TO HIM, THE SUBJECT PROCEEDED TO PUNCH HER IN THE FACE TOOK HER MONEY AND FLED BEHIND THE EXXON, SHE DESCRIBED THE SUBJECT AS WEARING A BLACK KNIT CAP WITH BUSHY CURLY HAIR STIC... ...ING OUT FROM UNDERNEATH AND WAS UNKEMPT SMELLY WITH FACIAL HAIR SHE FURTHER DESCRIBED HIM AS A WHITE MALE WEARING DARK CLOTHES PANTS AND DARK COLORED JACKET, THERE WAS ANOTHER CIVILIAN THAT WOULD TESTIFY PAT BROCKWAY, THAT HE WITNESSED THE ATTACK ON MISS REED, HE IDENTIFY THE CLOTHING WORN BY THE SUBJECT AND GAVE A DESCRIPTION OF HIS PHYSICAL APPEARANCE AS MISS REED HAD ARTICULATED AND ON ...2/19/00, A POLICE TROOPER CAME IN CONTACT WITH A SUBJECT WEARING A DARK KNIT CAP, DARK PANTS AND JACKET WITH FACIAL HAIR, THAT WAS TWO DAYS BEFORE THE INCIDENT WITH MISS REED AND ON ...2/25/00, A POLICE OFFICER WHO WAS FAMILIAR WITH THE PHYSICAL DESCRIPTION GIVEN BY MISS REED, SAW AN INDIVIDUAL WALKING THE WRONG WAY AT NIGHT ON US 113, CONTACT WAS MADE WITH THE SUBJECT WHEN THE OFFICER REALIZED SUBJECT WAS INTOXICATED THE SUBJECT GAVE A WRONG NAME, HIS CLOTHING WAS SIMILAR TO THE CLOTHING WORN AT THE TIME OF MISS REED ATTACK, THE POLICE PRESENTED THE PHOTOLINEUP ...O MISS REED, IN LESS THAN A MINUTE SHE PICKED OUT MR. MENDEZ, AS THE PERSON WHO STABBED AND ROBBED HER, MR. BROCKWAY, WAS UNABLE TO PICK OUT THE DEFENDANT HOWEVER HE WAS SHOWN A PHOTOGRAPH ...OF A PERSON WEARING CLOTHES THAT MR. MENDEZ WAS TAKEN INTO CUSTODY IN WITH HIS FACE COVERED UP AND THIS WITNESS POSITIVELY IDENTIFIED THE CLOTHING, ON MR. MENDEZ HOME AMONG HIS POSSESSIONS WA... ...S FOUND A KNIFE WHICH MISS REED WOULD HAVE IDENTIFIED AS THE KNIFE THAT STABBED HER, ON EDGE STONES OBSERVATION OF THE DEFENDANT.

(PLEASE TURN PAGE TO PAGE NUMBER

MONICA LEWINSKY

(PAGE NUMBER [illegible] OF OCHO PAGES)

05/21/07

318-2001

TRANSCRIPTS OF PROCEEDINGS FOR SENTENCING

THE COURT # YOU ARE A CERTIFIED COURT INTERPRETER, THE INTERPRETER # THAT IS CORRECT YOUR HONOR, MS. SMITH # MR. MENDEZ, IS INITIALLY FROM MEXICO, HE WILL BE DEPORTED, THERE IS A [illegible] COMMUNITY [illegible] IN WILMINGTON, MS. TSAKAS # THE VICTIM LATISHA REED, IS NOT HERE, SHE HAS TO WORK TODAY, SHE WAS HERE WHEN THE PLEA WAS TAKEN, ON 12/21/00, LATISHA REED, WAS GETTING OUT OF HER CAR AND SHE FELT WHAT FELT TO HER AS A PUNCH IN THE BACK, THE NEXT THING SHE KNOWS THE DEFENDANT WEARING A BLACK CAP THAT SHE DESCRIBES AS A WHITE MALE I BELIEVE WITH FACIAL HAIR AND SHE [illegible] HIS CLOTHING AND HE IS DEMANDING MONEY FROM HER, HE TOOK HER MONEY, THERE WAS SOME PASSERBY WHO SAW THE DEFENDANT FLEE BEHIND THE EXXON AM ON 12/25/00, THE POLICE PICKED UP THE DEFENDANT WHO IS WALKING ALONG THE HIGHWAY HE MATCHES THE PHYSICAL DESCRIPTION THAT WAS GIVEN THAT DAY, AND THE POLICE TOOK HIM INTO CUSTODY UNDER THE SUSPICION OF WALKING UNDER THE INFLUENCE, HE GIVES A FALSE NA[ME] [illegible] THE POLICE DO A PHOTO LINE UP WITH LATISHA REED, THAT IDENTIFIES HIM AS THE PERPETRATOR, IS IMPORTANT FOR THE RECORD TO REFLECT THAT WHEN MR. MENDEZ, APPROACHED TO LATISHA REED, IN THE BACK [illegible] ACTUALLY DID WAS STAB HER IN THE BACK PRIOR TO HIM EVEN CONFRONTING HER AND ASKING FOR MONEY, MR. MENDEZ HAS ONLY ONE PRIOR D.U.I CONVICTION, MAY BE A PENDING WARRANT FOR A D.U.I OUT OF THE STATE, THE VULNERABILITY OF THE VICTIM WHO SIMPLY IS GETTING OUT OF HER CAR AND NOT EVEN GIVEN A CHANCE TO DEFEND HERSELF FROM THE STABBING WHEN HE APPROACHES HER FROM THE BACK, THE COURT # MR. MENDEZ, IS GOING TO BE DEPORTED, MS. TSAKAS # BY THE TIME HE FINISHES HIS LEVEL 5 TIME, THE INS IS GOING TO DEPORT HIM, IT APPEARS MR. MENDEZ, HAS COME AND GONE [illegible] BETWEEN MEXICO AND U.S.A, YOUR HONOR HE WAS COMPLETELY UNDER THE INFLUENCE WHEN THE POLICE TOOK HIM INTO CUSTODY, THIS WAS A BRUTAL ATTACK ALL HE NEEDED TO DO IF HE REALLY NEEDED MONEY WAS APPR[OACH] THAT WOMAN AND ASK HER FOR SOME WITHOUT THE USE OF A KNIFE, BUT THE DESCRIPTION OF THE OBJECT USED TO STAB HER WITH WHICH IS INDICATED AS A SINGLE NAIL CLIPPERS, IT HAS A TWO AND A HALF INCH BLADE THAT COMES OUT AND THAT IS THE OBJECT THE STATE BELIEVES THAT WAS USED TO STAB MISS LATISHA REED, THE VICTIM HAD HAD A CHANCE TO LOOK AT THAT SINCE THIS INCIDENT AND BELIEVES THAT'S THE [illegible] USED AGAINST HER, THE COURT # I HAVE OBSERVED THE DEFENDANT, AND THE FACT THAT MR. MENDEZ MAY BE DEPORTED TO MEXICO.

U.S. DISTRICT COURT, ANSWER

AT 6:25 AM. ON 12/21/00, LATISHA REED, WAS GETTING OUT OF HER CAR IN ANTICIPATION OF ENTERING THE STORE AT AN EXXON, WHEN SOMEONE APPROACHED HER FROM BEHIND SHE FELT WHAT SHE BELIEVED TO BE A HAND PUNCH IN THE BACK, LATER SHE REALIZED THAT SHE HAD BEEN STABBED IN THE BACK, THE PERSON THEN CAME AROUND TO THE FRONT OF HER BRANDISHING A BLOOD COVERED KNIFE AND DEMANDING [illegible] [illegible] REED'S MONEY, THE ROBBER AGAIN [illegible] IN THE BACK, TOOK HER MONEY AND FLED BEHIND THE STORE, REED DESCRIBED THE ROBBER AS A WHITE MAN WITH AUBURN CURLY HAIR SPORTING OUT FROM UNDER A BLACK [illegible] CAP, SHE TOLD POLICE THAT HE HAD FACIAL HAIR, WAS UNKEMPT WAS SMELLY AND WEARING DARK PANTS AND JACKET, PAT BROCHWAY, WHO WITNESSED THE ATTACK GAVE A SIMILAR DESCRIPTION OF THE ASSA[ILANT], POLICE ENCOUNTERED SOMEONE FITTING THAT DESCRIPTION ON 12/25/00, WHO WAS INTOXICATED AND WALKING THE WRONG WAY AT NIGHT ALONG US.113, HE GAVE A FALSE NAME, ON MR. MENDEZ [illegible] [illegible] AMONG THE ITEMS HE HAD WAS A KNIFE, REED PICKED MENDEZ PICTURE FROM A PHOTOGRAPHIC LINEUP, MR. BROCHWAY WAS UNABLE TO PICK MR. MENDEZ OUT OF THE LINEUP BUT IDENTIFIE[D] THE CLOTHING HE WAS WEARING.

DISCUSSION # MENDEZ, CLAIMS ARE DIFFICULT TO DISCERN BUT LIBERALLY READING HIS PETITION, MENDEZ PRESENTS THE FOLLOWING CLAIMS, (1)- HE ENTERED THE ROBINSON PLEA ONLY BECAUSE HE WAS SCARED, WHEN THE PROSECUTO[R] SAID THE VICTIM IDENTIFIED HIM AS HER ASSAILANT, (2). THE STATE COURTS THREW AWAY HIS LETTERS, (3) THE VICTIM WAS NOT PRESENT AT THE TIME OF THE PLEA TO IDENTIFY HIM, (4)- ACTUAL INNOCEN[CE] BASED ON WITNESSES WHO SAID HE WAS NOT THE PERSON RESPONSIBLE FOR THE CRIMES, (5)- INEFFECTIVE ASSISTANCE OF COUNSEL, MENDEZ, ALSO INCLUDED SEVERAL GROUNDS ON HIS PETITION.

MENDEZ, ASSERTION OF ACTUAL INNOCENCE IS BASED ENTIRELY ON HIS REPORT THAT MS. BARBARA TOLD HIM THAT THE WORKERS AT THE STORE TOLD HER THAT HE WAS NOT THE PERSON RESPONSIBLE FOR THOSE CRIME[S].

SUPREME COURT, ORDER

(2)- IN THIS APPEAL MENDEZ COUNSEL ASSERTS THAT BASED UPON A COMPLETE AND CAREFUL EXAMINATION OF THE RECORD THERE ARE NO ARGUABLY APPEALABLE ISSUES, MENDEZ DID NOT SUBMIT ANY ISSUES TO HIS COUNSEL FOR THIS COURT'S CONSIDERATION, (3)-(A)- THE COURT MUST BE SATISFIED THAT DEFENSE COUNSEL HAS MADE A CONSCIENTIOUS EXAMINATION OF THE RECORD AND LAW FOR CLAIMS, (B)- THE COURT MUST CONDUCT ITS OWN REVIEW OF THE RECORD AND DETERMINE WHETHER THE APPEAL IS SO TOTALLY DEVOID, (4)- THE COURT HAS REVIEWED THE RECORD CAREFULLY AND HAS CONCLUDED THAT MENDEZ APPEAL IS WHOLLY WITHOUT M[ERIT] AND DEVOID OF ANY ARGUABLE APPEALABLE ISSUE, WE ARE SATISFIED THAT MENDEZ COUNSEL HAS MADE A CONSCIENTIOUS EFFORT TO EXAMINE THE RECORD AND HAS PROPERLY DETERMINED THAT MENDEZ, COULD NOT RAISE A MERITORIOUS CLAIM ON THIS APPEAL.

STATE'S RESPONSE TO RULE 26(C) BRIEF

(2)- ON APPEAL DEFENSE COUNSEL HAS MOVED TO WITHDRAW, (A)- THIS COURT MUST BE SATISFIED THAT DEFENSE COUNSEL HAS IN FACT MADE A CONSCIENTIOUS EXAMINATION OF THE RECORD AND LAW FOR ARGU[ABLE] [illegible] CLAIMS, (B)- THIS COURT MUST CONDUCT ITS OWN REVIEW OF THE RECORD AND DETERMINE THAT THE APPEAL IS SO TOTALLY DEVOID OF AT LEAST ARGUABLE APPEALABLE ISSUES, (3)- DEFENSE COU[N]SEL STATES "I HAVE DILIGENTLY SEARCHED THE RECORD INCLUDING THE COMPLETE TRANSCRIPT AND HAVE BEEN UNABLE TO FIND ANY MERITORIOUS ISSUE TO BE RAISED ON APPEAL" (JANUARY 2, 2002, STATEMENT OF COU[N]SEL), (4)- MENDEZ, HAS NOT [illegible] ANY ISSUES FOR REVIEW.

I/M IVAN MENDEZ
SBI# 453351 UNIT S.H.U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M. X-RAY

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.58⁰
02 1A
0004608975 MAY 22 2007
MAILED FROM ZIP CODE 19977

US. DISTRICT COURT
844 N. KING STREET
LOCKBOX 18
WILMINGTON DE.
19801

19801393519 C012