AQT GARENHEY ROCHA
Page Number One of Diez Pages
07-339
07-340

FILED
JUL 13 2007

Honorable U.S. District Court.
Honorable Master, Mr. Joseph J. Farnan. Honorably that I don't
Honorable Master, I'm writing to you once again, Honorably that I don't bother any of your busy time but as you know it too, that I have been written for my classification before, well I got classified on (06/22/07), by the Honorable Lt. Seacord, and by the Honorable Counselor Mr. Thomas Aiello, whom told me over at the disabled shower soon as I finished to take a shower that I cannot be removed to SoCcL over in Georgetown even if it was for legal matters and told me that the only way to send me is by taking me out from protective custody and put me in population so they can move me to SoCcL, so I told them that if I get out from protective custody they are going to hurt me again and they told me that there's not way to get removed and that if I get out from protective custody to population they are going to send me to population over at SoCcL in Georgetown, so I told them that I need to be removed to SoCcL under protective custody and they told me that there is not more protective custody in SoCcL, so I told them that there it is and also they have special care unit, (S.C.U), where I used to be years ago and they told me that there is not more S.C.U, so I told them that I was not supposed to be removed from SoCcL, because I was under public detainer by the I.N.S. and it was a federal charge against SoCcL and they told me that they understand that, but I need to be removed to population and sign out protective custody so I told them that I will stay here on protective custody and also I told them that I will sue this institution again and they don't answered me nothing and Honorable Master over here on protective custody that urine caused infection on my skin and caused some sort of cuts which bleed and take time to heal, and also Honorable Master on (06/25/07), June Twenty Five of 2007, the Honorable Counselor Mr. Thomas Aiello, sent me a note saying that "as Lt. Seacord and I stated when we did your classification we cannot classify you to SoCcL as long as you are on protective custody, they do not have a long term housing for P.C., I will talk with Vronovia about your legal paperwork I cannot request your medical documentation you have to work through medical for that." So as you can see Honorable Master, how now they claim to have protective custody over at SoCcL, so I wrote to them complaining and asking for a copy of my classification, so I will sue them together with this criminal organization as according to my classification they have (Please turn) page to page number Two

disappeared too, Special Care Unit (S.C.U.) where Bamby (San Elser) and Charming Tinker Bell (Smurfet) used to work, so all this criminal organization better don't touch or hurt those two angels from God, or a Sam Elliot (Sgt. Sam), or Sgt. Pepper, or Sgt. Nuker, or Lt. Dances With Wolves, or anybody of the people whom saved my life and helped me over at S.C.U. in Georgetown, like those good hearted old gentlemans which many others hurt, humiliate, discriminate and has done too much evil to them and offend them and calling them bad ugly names like "OLD REDNECKS" and they are so sweet hearted, decent gentlemans as you know it too all about it, and also I'm sending you a couple inmate account statements for the transactions: (Mendez vs. this criminal organization 1:07-CV-339), and (Mendez vs. this criminal organization, 1:07-CV-340), as by some sort of Christ's miracle they gave me eleven on (06/15/07), as you know it too all about it, and I'm sure that you may have on your hands the letters and the two inmate account statements, send it to you for the same transaction which they returned to me on (07/08/07) July eight of 2007, and with other letters (six more) and I send it to you again through our Honorable Master Mr. Richard R. Stokes on (07/09/07) July nine of 2007, so I'll be glad to hear from you soon as possible.

"Thank's for your time on this matter and for your consideration"

Inmate's name # Ivan Mendez
S.B.I. Number # 453351
Date of Birth # 12/04/73
Judge's Name # Mr. Richard R. Stokes
Date of Sentence # 06/15/01
Number of Case # 318-2001

$00.58 JUL 12 2007
MAILED FROM ZIP CODE 19977

I/M IVAN MENDEZ
SBI# 453351    UNIT SO N6 U #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court.
844 North, King Street.
Lockbox #18
Wilmington De.    19801