GARY BROOKS LOCUS
(PAGE NUMBER SEVEN OF NIEZ PAGES)
1:07-CV-340

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

*TO:* Ivan Mendez *SBI#:* 453351

*FROM:* *Stacy Shane, Support Services Secretary*

*RE:* ***6 Months Account Statement***

*DATE:* June 14, 2007



BD scanned

*Attached are copies of your inmate account statement for the months of* December 1, 2006 *to* May 31, 2007.

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | (-9.55) |
| Jan | (-9.55) |
| Feb | (-9.55) |
| March | (-9.55) |
| April | (-9.55) |
| May | (-9.55) |

***Average daily balances/6 months:*** (-9.55)

*Attachments*
*CC: File*

Stacy Shane 6/14/07

Notary public
6/14/07

(HAMILTON LINDA ROCKS PAGE NUMBER EIGHT OF NINE PAGES)

# Individual Statement

Date Printed: 6/14/2007



## For Month of December 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |

**Current Location:** 18 **Comments:** QOLPC

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($5.91) | ($9.55) | 354546 | | 11/20/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($2.85) | ($9.55) | 356160 | | 12/5/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 356181 | | 12/5/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($10.53) | ($9.55) | 356244 | | 11/28/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($3.84) | ($9.55) | 356246 | | 12/6/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 356298 | | 12/1/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.34) | ($9.55) | 359020 | | 12/7/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($8.85) | ($9.55) | 359071 | | 12/10/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($1.56) | ($9.55) | 359134 | | 11/29/06 | |
| Supplies-MailP | 12/22/2006 | $0.00 | $0.00 | ($3.70) | ($9.55) | 362936 | | INDIGENT 12/4/06 | |
| | | | | **Ending Mth Balance:** | ($9.55) | | | | |

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($424.11)

July 10 of 2007

07/10/07

# Individual Statement
## From January 2007 to May 2007

Date Printed: 6/14/2007



| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

(Indiana Jones Locus
(Page Number Nine of Over Pages)

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 1/4/2007 | $0.00 | $0.00 | ($4.68) | ($9.55) | 368923 | | 12/23/06 | |
| Supplies-MailPosta | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368924 | | 12/25/06 | |
| Supplies-MailPosta | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368958 | | 12/26/06 | |
| Supplies-MailPosta | 1/9/2007 | $0.00 | $0.00 | ($5.43) | ($9.55) | 370458 | | 1/2/07 | |
| Supplies-MailPosta | 1/10/2007 | $0.00 | $0.00 | ($5.55) | ($9.55) | 371246 | | 12/18/06 | |
| Supplies-MailPosta | 1/16/2007 | $0.00 | $0.00 | ($4.20) | ($9.55) | 373580 | | 12/14/06 | |
| Supplies-MailPosta | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373700 | | 1/3/07 | |
| Supplies-MailPosta | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373701 | | 1/3/07 | |
| Supplies-MailPosta | 1/18/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 374813 | | INDIGENT 1/1/07 | |
| Supplies-MailPosta | 1/19/2007 | $0.00 | $0.00 | ($1.17) | ($9.55) | 375200 | | 12/12/06 | |
| Supplies-MailPosta | 2/7/2007 | $0.00 | $0.00 | ($2.55) | ($9.55) | 383498 | | 1/29/07 | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($1.11) | ($9.55) | 384762 | | 1/15/07 | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 384905 | | 1/09/07 | |
| Supplies-MailPosta | 2/12/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 385339 | | 2/4/07 | |
| Supplies-MailPosta | 2/13/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 386535 | | INDIGENT 2/6/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388041 | | 2/11/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($0.53) | ($9.55) | 388172 | | 2/12/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388180 | | 2/8/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388181 | | 1/31/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388579 | | 1/16/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388702 | | 1/16/07 | |
| Supplies-MailPosta | 2/21/2007 | $0.00 | $0.00 | ($3.48) | ($9.55) | 391198 | | 12/11/06 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 392269 | | 2/17/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 392301 | | 2/19/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392379 | | 2/20/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392381 | | 2/20/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 401689 | | INDIGENT 3/6/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($5.07) | ($9.55) | 401986 | | 3/13/07 | |
| Supplies-MailPosta | 4/12/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 414043 | | INDIGENT 4/3/07 | |
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($2.34) | ($9.55) | 414482 | | 3/15/07 | |
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($1.17) | ($9.55) | 414483 | | 3/16/07 | |

July 1st of 2007, 07/10/07

# Individual Statement
## From January 2007 to May 2007

Date Printed: 6/14/2007



| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

(Trans Tobin Rocus Page Number 1st of four pages)

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 414521 | | 3/4/07 | |
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 414522 | | 3/18/07 | |
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($3.12) | ($9.55) | 414528 | | 3/17/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 415421 | | 3/22/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 415478 | | 2/7/07 | |
| Supplies-MailPosta | 4/20/2007 | $0.00 | $0.00 | ($2.02) | ($9.55) | 417793 | | 3/19/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($2.85) | ($9.55) | 419490 | | 3/28/07 | |
| Supplies-MailPosta | 5/8/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 425787 | | INDIGENT 5/1/07 | |
| Supplies-MailPosta | 5/8/2007 | $0.00 | $0.00 | ($1.95) | ($9.55) | 425924 | | 4/5/07 | |
| Supplies-MailPosta | 5/15/2007 | $0.00 | $0.00 | ($6.45) | ($9.55) | 428608 | | 4/9/07 | |
| Supplies-MailPosta | 5/22/2007 | $0.00 | $0.00 | ($5.58) | ($9.55) | 431326 | | 4/23/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 432105 | | 4/27/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 432170 | | 5/2/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($15.25) | ($9.55) | 435250 | | 5/21/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($13.65) | ($9.55) | 435251 | | 5/18/07 | |

**Ending Month Balance: ($9.55)**

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Legal Hold:** $0.00

**Total Amount Currently on Restitution Hold:** $0.00

**Total Amount Currently on Other Hold:** ($424.11)