```
            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF DELAWARE

IVAN L. MENDEZ,                :
                               :
        Plaintiff,             :
                               :
     v.                        :  Civ. No. 07-340-JJF
                               :
THIS CRIMINAL ORGANIZATION,    :
                               :
        Defendant.             :
```

## O R D E R

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 18, 2007, the Court entered an Order denying leave to proceed in forma pauperis because Plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant Complaint does not allege an imminent threat of physical injury (D.I. 4);

WHEREAS, to date, payment has not been received from Plaintiff;

THEREFORE, at Wilmington this 30 day of July, 2007, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                         _____
                         UNITED STATES DISTRICT JUDGE